UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　　　Petitioner,<br>　v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

　　　Petitioner has filed an unopposed motion for extension of time (first request). (ECF No. 16.) The Court finds good cause exists to grant the unopposed motion for extension of time. It is therefore ordered that the motion (ECF No. 16) is granted. Petitioner will have up to and including December 22, 2022, to file his second amended petition.

　　　DATED THIS 9th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE