UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time (second request). (ECF No. 29.) The Court finds good cause exists to grant the unopposed motion for extension of time. It is therefore ordered that the motion (ECF No. 29) is granted. Respondents will have up to and including June 8, 2023, to file their response.

　　　DATED THIS 24th Day of April 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE