UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BURNS,<br><br>                  Petitioner,<br><br>    v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>                  Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (third request). (ECF No. 31.) The Court finds good cause exists to grant the unopposed motion for extension of time. It is therefore ordered that the motion (ECF No. 31) is granted. Respondents will have up to and including July 10, 2023, to file their response.

DATED THIS 9th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE