# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BURNS,<br><br>    Petitioner,<br>v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>    Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (fourth request). (ECF No. 34.) The Court finds good cause exists to grant the unopposed motion for extension of time. It is therefore ordered that the motion (ECF No. 34) is granted. Respondents will have up to and including August 9, 2023, to file their response to the First Amended Petition.

DATED THIS 18th Day of July 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE