UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

　　Respondents have filed an unopposed motion for extension of time. (ECF No. 50 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　It is therefore ordered that the Motion (ECF No. 50) is granted. Respondents will have up to and including September 29, 2023, to file their reply to their motion to dismiss.

　　DATED THIS 30th Day of August 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE