UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　　　　Petitioner,<br>v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

　　　　Petitioner David Burns has filed an unopposed motion for extension of time. (ECF No. 54 ("Motion").) This is Burns's first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　　It is therefore ordered that the Motion (ECF No. 54) is granted. Burns will have up to and including December 10, 2023, to respond to this Court's order on the motion to dismiss.

　　　　DATED THIS 14th Day of November 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE