UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

　　Respondents have filed an unopposed motion for extension of time to file their answer. (ECF No. 63 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　It is therefore ordered that the Motion (ECF No. 63) is granted. Respondents will have up to and including June 11, 2024, to file and serve their answer to the amended petition.

　　DATED THIS 15th Day of April 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE