# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BURNS,<br><br>　　　　　　Petitioner,<br>　v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time to file their answer. (ECF No. 65 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 65) is granted. Respondents will have up to and including July 26, 2024, to file and serve their answer to the amended petition.

DATED THIS 13th Day of June 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE