UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BURNS,<br><br>        Petitioner,<br>v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>        Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time to file their answer. (ECF No. 67 ("Motion").) This is Respondents' fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it will view future requests for an extension of this deadline unfavorably.

It is therefore ordered that the Motion (ECF No. 67) is granted. Respondents will have up to and including September 9, 2024, to file and serve their answer to the amended petition.

DATED THIS 26th Day of July 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE