# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BURNS,<br><br>                   Petitioner,<br>     v.<br><br>WARDEN RUSSELL, *et al.*,<br><br>                  Respondents. | Case No. 3:22-cv-00021-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion requesting a 2-day extension of time to file their answer. (ECF No. 69 ("Motion").) The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 69) is granted. Respondents will have up to and including September 11, 2024, to file and serve their answer to the amended petition.

DATED THIS 10th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE